```
J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
DEREK LORENZO WALKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-00702 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **FOR BRIEFING SCHEDULE AND HEARING** |
| v. | ) | **DATE AND TO VACATE DECEMBER 11** |
| | ) | **COURT APPEARANCE** |
| DEREK LORENZO WALKER, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Garth Hire, Assistant United States Attorney, and J. Frank McCabe, counsel for Defendant Derek Lorenzo Walker, that the defendant's pretrial motions be filed on or before January 8, 2007; the government's response be filed on or before January 22, 2007, and the defendant's reply be filed on or before January 29, 2007.  The motions hearing date shall be February 5, 2007 at 2:00 p.m.

///

///

STIPULATION AND ORDER FOR
BRIEFING SCHEDULE AND HEARING DATE, ETC.

1

1          The parties further stipulate that the court appearance
2 set for December 11, 2006 at 2:00 p.m. may be vacated.
3          The parties additionally stipulate that time is excluded
4 for effective preparation of counsel under the Speedy Trial Act from
5 December 11, 2006 to February 5, 2007.

6                                         KEVIN V. RYAN
                                       United States Attorney
7

8 DATED:   December 5, 2006.        /s/
                                       GARTH HIRE
9                                        Assistant United States Attorney

10
                                       Respectfully submitted,
11

12 DATED:   December 5, 2006.        /s/
                                       J. FRANK McCABE
13                                        Attorney for Defendant Walker

14                                     **ORDER**

15          IT IS HEREBY ORDERED that defendant Walker's pretrial
16 motions shall be filed on or before January 8, 2007; the
17 government's response shall be filed on or before January 22, 2007,
18 and the defendant's reply shall be filed on or before January 29,
19 2007.  The hearing on all motions shall be February 5, 2007 at
20 2:00 p.m.
21          The court appearance previously set for December 11, 2006
22 at 2:00 p.m. shall be vacated.
23          Time is excluded for effective preparation of counsel
24 under the Speedy Trial Act from December 11, 2006 to February 5,
25 2007.
26 DATED: December   7 , 2006.      *[signature: Claudia Wilken]*
27
                                       HON. CLAUDIA WILKEN
28                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
BRIEFING SCHEDULE AND HEARING DATE, ETC.