1  J. FRANK McCABE (SBN 48246)
   Attorney at Law
2  500 Sansome Street, Suite 212
   San Francisco, California 94111
3  Telephone:  (415) 397-1757
   Facsimile:  (415) 433-7258
4
   Attorney for Defendant
5  DEREK LORENZO WALKER

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,    )  NO. CR 06-00702 CW
                                 )
13          Plaintiff,            )  **STIPULATION AND ORDER**
                                 )  **FOR BRIEFING SCHEDULE AND HEARING**
14     v.                         )  **DATE AND TO VACATE FEBRUARY 5**
                                 )  **COURT APPEARANCE**
15  DEREK LORENZO WALKER,        )
                                 )
16          Defendant.            )
                                 )
17  ─────────────────────────────

18         Because defendant's counsel has requested but has not yet

19  received additional discovery which must be reviewed before a

20  determination can be made regarding motions,

21         IT IS HEREBY STIPULATED by and between Garth Hire,

22  Assistant United States Attorney, and J. Frank McCabe, counsel for

23  Defendant Derek Lorenzo Walker, that the defendant's pretrial

24  motions be filed on or before January 22, 2007; the government's

25  response be filed on or before February 5, 2007, and the defendant's

26  reply be filed on or before February 12, 2007.  The motions hearing

27  date shall be February 26, 2007 at 2:00 p.m.

28

STIPULATION AND ORDER FOR
BRIEFING SCHEDULE AND HEARING DATE, ETC.
                             1

1       The parties are undertaking settlement negotiations and if
2 a resolution is reached prior to the hearing date, the parties will
3 ask to have the matter advanced on the court's calendar.
4       The parties further stipulate that the court appearance
5 set for February 5, 2007 at 2:00 p.m. may be vacated.
6       The parties additionally stipulate that time is excluded
7 for effective preparation of counsel under the Speedy Trial Act, 18
8 U.S.C. § 3161(h)(8)(B)(iv), from February 5, 2007 to February 26,
9 2007.

10       KEVIN V. RYAN
         United States Attorney
11
12 DATED: January 4, 2007.    /s/
         GARTH HIRE
13       Assistant United States Attorney
14
         Respectfully submitted,
15
16 DATED: January 4, 2007.    /s/
         J. FRANK McCABE
17       Attorney for Defendant Walker
18

19       **ORDER**
20       IT IS HEREBY ORDERED that defendant Walker's pretrial
21 motions shall be filed on or before January 22, 2007; the
22 government's response shall be filed on or before February 5, 2007,
23 and the defendant's reply shall be filed on or before February 12,
24 2007. The hearing on all motions shall be February 26, 2007 at
25 2:00 p.m.
26       The court appearance previously set for February 5, 2007
27 at 2:00 p.m. shall be vacated.
28 ///

STIPULATION AND ORDER FOR
BRIEFING SCHEDULE AND HEARING DATE, ETC.

1    Time is excluded for effective preparation of counsel
2 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), from
3 February 5, 2007 to February 26, 2007.
4 DATED: January 8, 2007.

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
BRIEFING SCHEDULE AND HEARING DATE, ETC.
3