```
 1 │ J. FRANK McCABE (SBN 48246)
   │ Attorney at Law
 2 │ 500 Sansome Street, Suite 212
   │ San Francisco, California 94111
 3 │ Telephone:  (415) 397-1757
   │ Facsimile:  (415) 433-7258
 4 │
   │ Attorney for Defendant
 5 │ DEREK LORENZO WALKER
 6 │
 7 │
 8 │              IN THE UNITED STATES DISTRICT COURT
 9 │            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 │                        OAKLAND DIVISION
11 │
12 │ UNITED STATES OF AMERICA,    )   NO. CR 06-00702 CW
   │                              )
13 │         Plaintiff,            )   DECLARATION AND ORDER
   │                              )   PERMITTING COUNSEL FOR DEFENDANT
14 │     v.                        )   TO REVIEW PROBATION OFFICE FILE
   │                              )
15 │ DEREK LORENZO WALKER,        )
   │                              )
16 │         Defendant.            )
   │ ─────────────────────────────)
17 │
18 │         I, J. Frank McCabe, declare under penalty of perjury that
19 │ the following is true and correct and, if called as a witness, I
20 │ would testify competently thereto:
21 │         1.   I am court-appointed counsel for defendant Walker in
22 │ the above-captioned case.
23 │         2.   In attempting to resolve Mr. Walker's case, it is
24 │ necessary to carefully determine his criminal history.  In this
25 │ regard, I have discovered that he was convicted in a previous
26 │ federal case, No. CR 95-40105 CW.  I have reviewed the court file in
27 │ that case, but I also need to review the probation office's file
28 │
```

DEC AND ORDER PERMITTING COUNSEL
FOR DEF TO REVIEW PROBATION OFFICE FILE

1

1  including but not limited to the presentence report and any police
2  reports obtained and utilized by the probation office in preparing
3  its report.
4        3.   Thus, I respectfully request that this Court order
5  the United States Probation Office to permit counsel for defendant
6  Walker to review its file in Case No. CR 95-40105 CW.
7  DATED:  January 16, 2007.

                                    Respectfully submitted,

                                    _____/s/_____
                                    J. FRANK McCABE
                                    Counsel for Defendant Walker


                                **ORDER**

       GOOD CAUSE appearing therefor,
       IT IS HEREBY ORDERED that the United States Probation
Office at its earliest convenience permit J. Frank McCabe, counsel
for defendant Walker, to review the probation office's file in
<u>United States v. Derek Lorenzo Walker</u>, No. CR 95-40105 CW.
DATED: 1/17/07

                                    /s/ Claudia Wilken
                                    _____
                                    HON. CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE