```
 1  J. FRANK McCABE (SBN 48246)
    Attorney at Law
 2  500 Sansome Street, Suite 212
    San Francisco, California 94111
 3  Telephone:  (415) 397-1757
    Facsimile:  (415) 433-7258
 4
    Attorney for Defendant
 5  DEREK LORENZO WALKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-00702 CW |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | **PERMITTING COUNSEL FOR DEFENDANT** |
| v. | ) | **TO REVIEW PROBATION OFFICE FILE** |
| | ) | |
| DEREK LORENZO WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

I, J. Frank McCabe, declare under penalty of perjury that the following is true and correct and, if called as a witness, I would testify competently thereto:

     1.   I am court-appointed counsel for defendant Walker in the above-captioned case.

     2.   In attempting to resolve Mr. Walker's case, it is necessary to carefully determine his criminal history.  In this regard, I have discovered that he was convicted in a previous federal case, No. CR 95-40105 CW.  I have reviewed the court file in that case, but I also need to review the probation office's file

1  including but not limited to the presentence report and any police
2  reports obtained and utilized by the probation office in preparing
3  its report.
4      3.  Thus, I respectfully request that this Court order
5  the United States Probation Office to permit counsel for defendant
6  Walker to review its file in Case No. CR 95-40105 CW.
7  DATED:  January 16, 2007.

                      Respectfully submitted,

                      _____/s/_____
                      J. FRANK McCABE
                      Counsel for Defendant Walker

**ORDER**

    GOOD CAUSE appearing therefor,

    IT IS HEREBY ORDERED that the United States Probation Office at its earliest convenience permit J. Frank McCabe, counsel for defendant Walker, to review **the presentence report and any police reports in** the probation office's file in <u>United States v. Derek Lorenzo Walker</u>, No. CR 95-40105 CW.

DATED: 1/17/07

                      *Claudia Wilken*
                      _____
                      HON. CLAUDIA WILKEN
                      UNITED STATES DISTRICT JUDGE