1  J. FRANK McCABE (SBN 48246)
   Attorney at Law
2  500 Sansome Street, Suite 212
   San Francisco, California 94111
3  Telephone:  (415) 397-1757
   Facsimile:  (415) 433-7258
4
   Attorney for Defendant
5  DEREK LORENZO WALKER

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,      )    NO. CR 06-00702 CW
                                   )
13            Plaintiff,           )    **STIPULATION AND ~~[PROPOSED]~~**
                                   )    **ORDER CONTINUING TRIAL**
14       v.                        )    **SETTING CONFERENCE FOR ONE**
                                   )    **WEEK**
15  DEREK LORENZO WALKER,          )
                                   )
16            Defendant.           )
    ───────────────────────────────)
17

18          Because defendant's counsel attempted to visit defendant

19  at Santa Rita jail today, March 15, 2007, but was advised that he

20  had been transferred to North County Jail, and thus counsel has not

21  had an opportunity to discuss with the defendant the new plea

22  agreement presented by the United States Attorney earlier this week,

23          IT IS HEREBY STIPULATED by and between Garth Hire,

24  Assistant United States Attorney, and J. Frank McCabe, counsel for

25  Defendant Derek Lorenzo Walker, that the defendant's trial setting

26  or disposition conference, presently set for next Monday, March 19,

27  2007 be continued one week to Monday, March 26, 2007 at 2:00 p.m.

28

STIPULATION AND [PROPOSED] ORDER CONTINUING
TRIAL SETTING CONFERENCE FOR ONE WEEK
                        1

1       The parties additionally stipulate that time is excluded

2 for effective preparation of counsel under the Speedy Trial Act, 18

3 U.S.C. § 3161(h)(8)(B)(iv), from March 19, 2007 to March 26, 2007.

4                               KEVIN V. RYAN
                              United States Attorney

5

6 DATED:  March 15, 2007.               _____/s/_____

                              GARTH HIRE

7                               Assistant United States Attorney

8

                              Respectfully submitted,

9

10 DATED:  March 15, 2007.               _____/s/_____

                              J. FRANK McCABE

11                               Attorney for Defendant Walker

12

13                       **ORDER**

14       IT IS HEREBY ORDERED that defendant Walker's trial setting

15 or disposition conference be continued from March 19, 2007 to March

16 26, 2007 at 2:00 p.m.

17       The court appearance previously set for March 19, 2007 at

18 2:00 p.m. shall be vacated.

19       Time is excluded for effective preparation of counsel

20 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), from

21 March 19, 2007 to March 26, 2007.

22

DATED:  March __15__, 2007.

23

24                               _____

                              HON. CLAUDIA WILKEN

25                               UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING
TRIAL SETTING CONFERENCE FOR ONE WEEK